UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-94-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MAURICE KNIGHT | |

The Defendant's Motion to Sequester Witnesses is hereby GRANTED. All witnesses scheduled to testify at trial shall be sequestered from the courtroom and one another during the course of the trial.

This the 12 day of June, 2017.

TERRENCE W. BOYLE
United States District Judge