UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-94-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE KNIGHT | ORDER |

This matter having come before the Court on the unopposed motion of the Office of the Federal Public Defender. For good cause shown, and with the consent of the parties, the Presentence Investigation and Presentence Report are waived, and the Defendant shall be arraigned and sentenced at the hearing presently scheduled for June 20, 2017.

IT IS SO ORDERED.

This the 14 day of June, 2017.

TERRENCE W. BOYLE
United States District Judge